UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**B. G. PERRY**                                                                                  **APPELLANT**

**V.**                                            **CIVIL ACTION NO. 1:04CV557 LTS-JMR**

**UNITED STATES FIRE INSURANCE COMPANY, ET AL.**                   **APPELLEES**

## ORDER OF DISMISSAL

      This appeal from the Bankruptcy Court was filed on June 9, 2004.  Appellant B. G. Perry (Perry) has filed neither a statement of issues nor a brief in support of his appeal within the time permitted by the applicable rules of court.  In light of Perry's inaction, this appeal will be dismissed for failure to prosecute.

      Accordingly, it is

**ORDERED**

That this appeal is hereby **DISMISSED** for failure of the appellant to prosecute.

**SO ORDERED** this 31st day of January, 2006.

                                                              s/ *L. T. Senter, Jr.*

                                                             L. T. Senter, Jr.
                                                             Senior Judge